IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

ROBERT B. JACKSON

_____/

**INDICTMENT**

3:16 cr 70/MCR

**THE GRAND JURY CHARGES:**

## COUNT ONE

On or about June 3, 2015, in the Northern District of Florida, in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, the Federal Bureau of Investigation, the defendant,

**ROBERT B. JACKSON,**

did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations, to wit, the defendant falsely stated that he had not electronically posted anything that was pro-ISIS; never made any violent comments online nor espoused support for anything violent online; and only searched for Al-Jazeera news while working at a local corporation, whereas, in truth and in fact and as the defendant well knew, the defendant had electronically

Returned in open court pursuant to Rule 6(f)

August 16, 2016
Date

United States Magistrate Judge

posted pro-ISIS comments; made violent comments online and espoused support for violence online; and electronically searched for matters other than just Al-Jazeera news while working at a local corporation including, but not limited to, electronic searches for materials related to ISIS, Al Qaeda and Anwar Al Awalaki.

In violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL:

Redacted per privacy policy

FOREPERSON

16 AUG 2016

DATE

CHRISTOPHER P. CANOVA
United States Attorney

DAVID L. GOLDBERG
Assistant United States Attorney