NDFL 245B (Rev. 11/16)    Judgment in a Criminal Case
                          Sheet 2 — Imprisonment

|   |   |
|---|---|
| DEFENDANT: ROBERT B. JACKSON | Judgment — Page 2 of 7 |
| CASE NUMBER: 3:16cr70-001/MCR | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **36 months as to Count One, with credit for time served since July 28, 2016.**

☒ The court makes the following recommendations to the Bureau of Prisons:
The court recommends the defendant's placement into the BOP's Residential Drug Abuse Program. The court also recommends any and all Cognitive Behavioral Therapy programming that the BOP can provide to the defendant. Additionally, while awaiting placement into RDAP, or, if deemed ineligible for RDAP due to the time of sentence, or for any other reason, the court orders the defendant to complete Drug Education classes and fully participate in the BOP's nonresidential drug abuse treatment program.

It is recommended that the defendant be designated to a BOP facility in Pensacola, Florida, or as close to that area as possible.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____.

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  **3·16·17**  to  **COL**

at **Coleman, FL**, with a certified copy of this judgment.

                    Shannon D. Withers Warder
                    UNITED STATES MARSHAL

By  _Jm CSO_
                DEPUTY UNITED STATES MARSHAL