# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## OFFICE OF THE CLERK

**JESSICA J. LYUBLANOVITS**
CLERK OF COURT
100 NORTH PALAFOX STREET
PENSACOLA, FLORIDA 32502-5658
850.435.8440
850.433.5972 FAX

**RICHARD MILDENBERGER**
CHIEF DEPUTY CLERK
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

Visit our web site at www.flnd.uscourts.gov

Reply to: Pensacola Division

May 17, 2018

David Goldberg, AUSA
US Attorney's Office
Northern District of Florida
21 East Garden Street, Suite 400
Pensacola, FL 32502-5675

Re: USA V ROBERT JACKSON     3:16cr70MCR

Mr. Goldberg:

    A judgment and or mandate has been entered closing the above styled cause.

    Therefore, in accordance with Local Rule 5.9(B) (Retrieving Exhibits After Litigation), the Clerk's office will either destroy the exhibits or allow the party to pick them up.

    __X__The Clerk's office is returning your Exhibits A - E: Sentencing Hearing held 12/20/16 and 1/13/17 before Chief Judge Rodgers.

Sincerely,
JESSICA J. LYUBLANOVITS, Clerk

By: *Mary Maloy*
    Deputy Clerk

Attached: One envelope with above exhibits

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

| Gainesville Division | Pensacola Division | Tallahassee Division | Panama City Division |
|---|---|---|---|
| 401 SE 1st Avenue, STE 243 | 100 North Palafox Street | 111 N. Adams Street | 30 W. Government Street |
| Gainesville, Florida 32601 | Pensacola, Florida 32502-5658 | Tallahassee, Florida 32301-7717 | Panama City, Florida 32401 |
| 352.380.2400 | 850.435.8440 | 850.521.3501 | 850.769.4556 |
| 352.380.2424 FAX | 850.433.5972 FAX | 850.521.3656 FAX | 850.769.7528 FAX |